■ In the Matter of DAVID REDMOND, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [968 NYS2d 819]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered December 19, 2012) to review two determinations of respondent. The determinations found after separate tier II hearings that petitioner had violated various inmate rules.

It is hereby ordered that the determination rendered March 3, 2012 is unanimously annulled on the law and facts without costs, the petition is granted in part and respondent is directed to expunge from petitioner's institutional record all references to the violation of inmate rules 113.14 (7 NYCRR 270.2 [B] [14] [iv]), 113.15 (7 NYCRR 270.2 [B] [14] [v]), 116.12 (7 NYCRR 270.2 [B] [17] [iii]), and 116.13 (7 NYCRR 270.2 [B] [17] [iv]), and the determination rendered January 13, 2012 is confirmed. Present—Smith, J.P., Peradotto, Lindley and Valentino, JJ.

■ In the Matter of GENARO DELACRUZ, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [968 NYS2d 820]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered November 20, 2012) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Peradotto, Lindley and Valentino, JJ.